UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE<br><br>Henry Mitchell Davis<br>Selina Crissman Davis<br><br>                        Debtor,<br><br>Henry Mitchell Davis<br>Selina Crissman Davis<br><br>                        Plaintiff,<br>vs.<br><br>GMAC Mortgage, LLC<br><br>                        Defendant. | ) Case No. 10-81653<br>) Chapter 13<br>)<br>)<br>)<br>)<br>)<br>) Adversary Proceeding<br>) No.: 10-09103<br>)<br>)<br>)<br>)<br>) |

## ORDER

THIS CAUSE, coming on to be heard and being heard before the undersigned U.S. Bankruptcy Judge for the Middle District of North Carolina upon the Motion to Enlarge Time filed herein by Defendant GMAC Mortgage, LLC, and

It appearing to the Court for good cause shown that said Motion should be granted.

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** that the time for Defendant GMAC Mortgage, LLC. to move, reply or otherwise plead, pursuant to Rule 12 of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure, is hereby extended for a period of thirty (30) days or up through and including the 24th day of January 2011.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties shall file a Scheduling Memorandum with the Court on or before February 7, 2011.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that if the parties agree on a discovery plan, they must sign and file with the Court a Joint Scheduling Memorandum on such date along with a proposed Joint Scheduling Order.

In the event that a Joint Scheduling Memorandum has not been approved, a pretrial hearing will be held on February 10, 2011 at 11:00 a.m. in Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, North Carolina 27701.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE<br><br>Henry Mitchell Davis<br>Selina Crissman Davis<br><br>　　　　　　　Debtor | ) Case No. 10-81653<br>)<br>) Chapter 13<br>)<br>) Adversary Proceeding<br>) No.: 10-09103<br>) |

Henry Mitchell Davis
Selina Crissman Davis

　　　　　　　Plaintiff,

vs.

GMAC Mortgage, LLC

　　　　　　　Defendant.

## PARTIES OF INTEREST

Henry Mitchell Davis
Selina Crissman Davis
438 Country Way
Sanford, NC 27332

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Edward Charles Boltz, Esq.
1738-D Hillandale Road
Durham, NC 27705

Michael D. West, Esq.
3rd Floor, Room 308
Meyers Law Center Building
101 West Sycamore Street
Greensboro, NC 27401

Matthew T. McKee, Esq.
Suite 520
2550 West Tyvola Road
Charlotte, NC 28217